IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JEMME R. JENKINS, INDIVIDUALLY, AND JULIANNE GLISSON, ADMINISTRATRIX OF THE ESTATE OF JIMMIE LEE ALEXANDER, SR.<br><br>Plaintiff,<br><br>vs.<br><br>CORIZON HEALTH, INC., a Delaware Corporation, GUY AUGUSTIN, MD.D, MARK DAMBACH, LPN, VICTORIA NEISLER, LPN, CORPORAL KEVIN TODD, SERGEANT CARL MILTON, LIEUTENANT WANDA WILLIAMS, CORPORAL DESMOND BRYANT, CHATHAM COUNTY COMMISSIONERS, ROY HARRIS, SHERIFF OF CHATHAM COUNTY, JOHN WILCHER, SHERIFF OF CHATHAM COUNTY, AND JOHN DOES 1-5,<br><br>Defendants. | ) ) ) ) ) ) ) ) Civil Action File Number ) 4:18-CV-99-WTM-GRS ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF STIPULATION OF FEES

Come now Plaintiffs and file this stipulation of fees with the Court in accord with the Court's Order of April 3, 2019 [Doc. 68] and state the following:

1. Plaintiffs and Correct Health have reached an agreement on payment of attorney fees to Correct Health.

2. Plaintiffs will pay the amount of $1,800 within 45 days to Correct Health for attorney fees.

Wherefore, Plaintiffs show that this matter has been resolved with Correct Health.

THIS, the 17th day of April, 2019.

/s/ Eugene C. Brooks, IV
EUGENE C. BROOKS, IV
State Bar No. 084750

Brooks Law Firm
PO Box 9545
313 W. York Street
Savannah, GA  31412
T: 912/233-9696
F: 923/232-8620
gbrooks@brooks-law.com

X:\USERS\Active\Wrongful Death\Alexander, Jimmie\MOTIONS\MOTION TO COMPEL INFIRMARY RECORDS\Atty fee stip.wpd

CERTIFICATE OF SERVICE

This will certify that the undersigned today served the attached document via the Court's Electronic Filing System to the following:

>R. Jonathan Hart, Esq.
>Jennifer B. Davenport, Esq.
>P. O. Box 8161
>Savannah, GA 31412
>
>Thomas S. Carlock, Esq.
>Eric J. Frisch, Esq.
>Carlock, Copeland & Stair, LLP
>191 Peachtree Street, NE, Ste 3600
>Atlanta, GA 30303

THIS the   17th   day of   April  , 2019.

>/s/ Eugene C. Brooks
>EUGENE C. BROOKS
>Georgia Bar No. 084750
>Attorney for Plaintiff

Brooks Law Firm
313 West York Street
P.O.Box 9545
Savannah, GA  31412
912/233-9696
F- 912-232-8620

X:\USERS\Active\Wrongful Death\Alexander, Jimmie\MOTIONS\MOTION TO COMPEL INFIRMARY RECORDS\Atty fee stip.wpd