
JEMME R. JENKINS, Individually; )
and JULIANNE GLISSON, )
Administrator of the Estate of )
Jimmie Lee Alexander, Sr.; )
)
Plaintiffs, )
)
v. ) CASE NO. CV418-099
)
CORIZON HEALTH, INC., a Delaware )
Corporation; GUY AUGUSTIN, MD; )
MARK DAMBACH, LPN; VICTORIA )
NEISLER, LPN; CORPORAL KEVIN )
TODD; SERGEANT CARL MILTON; )
LIEUTENANT WANDA WILLIAMS; )
CORPORAL DESMOND BRYANT; CHATHAM )
COUNTY COMMISSIONERS; ROY HARRIS, )
Sheriff of Chatham County; JOHN )
WILCHER, Sheriff of Chatham )
County; and JOHN DOES 1-5; )
)
Defendants. )
)

## O R D E R

Before the Court is Plaintiff's Motion to Dismiss Roy Harris, Former Sheriff of Chatham County With Prejudice. (Doc. 7.) In the motion, Plaintiffs seek to dismiss from this action, with prejudice, Roy Harris, former Sheriff of Chatham County, pursuant to Federal Rule of Civil Procedure 21 on the basis that Roy Harris was not the Sheriff of Chatham County at the time of the event alleged this action occurred and because discovery has established that "Plaintiffs have no legal claim against Roy Harris individually or in his official capacity." (Id. at 1.) There has been no opposition to the motion.

Accordingly, Plaintiffs' motion (Doc. 7) is **GRANTED** and Defendant Roy Harris is **DISMISSED WITH PREJUDICE**.

SO ORDERED this 19th day of February 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA