IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
JEMME J. JENKINS, Individually,  )
and JULIANNE GLISSON,            )
Administrator of the Estate of   )
Jimmie L. Alexander, Sr.,        )
                                 )
     Plaintiffs,                 )
                                 )
v.                               )   CASE NO. CV418-099
                                 )
CORIZON HEALTH INC., a Delaware  )
Corporation; GUY AUGUSTIN,       )
M.D.; VICTORIA NEILSER, LPN;     )
KEVIN TODD, Corporal; MARK       )
DAMBACH, LPN; CARL MILTON,       )
Sergeant; WANDA WILLIAMS,        )
Lieutenant; DESMOND BRYANT,      )
Corporal; CHATHAM COUNTY         )
COMMISSIONERS; JOHN WILCHER,     )
Sheriff of Chatham County; and   )
JOHN DOES 1-5;                   )
                                 )
     Defendants.                 )
                                 )
```

## O R D E R

Before the Court is Defendants Corizon Health, Inc., Guy Augustin, M.D., Mark Dambach, LPN, and Victoria Neisler, LPN's (collectively, "Corizon Defendants") Partial Motion for Summary Judgment on Intentional Infliction of Emotional Distress. (Doc. 121.) In response, Plaintiffs have withdrawn their claims of intentional infliction of emotional distress against Corizon Defendants and contend that their withdrawal of the claims moots the motion for summary judgment. (Doc. 189 at 1.) As a result, Corizon Defendants' Partial Motion for Summary Judgment on

Intentional Infliction of Emotional Distress (Doc. 121) is **DISMISSED AS MOOT.**

SO ORDERED this 17th day of August 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA