# United States District Court
## Southern District of Georgia

Jemme Jenkins and Julianne Glisson Admin. of Estate of Jimmie

_____
Plaintiff

v.

Corizon Health Inc., Guy Augustin, Victoria Neisler, Mark

_____
Defendant

Case No. ____CV418-099____

Appearing on behalf of

Guy Augustin, Victoria Neisler, Mark D
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __26th__ day of __January__, __2022__.

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

\*\*\*\*\*

| | |
|---|---|
| NAME OF PETITIONER: | Mark Lefkow |
| Business Address: | Stites & Harbison, PLLC |
| | Firm/Business Name |
| | 303 Peachtree St. Suite 2800 |
| | Street Address |
| | Atlanta    GA    30308 |
| | Street Address (con't)   City   State   Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | 404-739-8869       004289 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | mlefkow@stites.com |