IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

```
JEMME J. JENKINS, Individually, )
and JULIANNE GLISSON,            )
Administrator of the Estate of   )
Jimmie L. Alexander, Sr.;        )
                                 )
     Plaintiffs,                 )
                                 )
v.                               )     CASE NO. CV418-099
                                 )
CORIZON HEALTH INC., a Delaware  )
Corporation; GUY AUGUSTIN,       )
M.D.; VICTORIA NEILSER, LPN;     )
MARK DAMBACH, LPN;               )
                                 )
     Defendants.                 )
                                 )
```

## O R D E R

Trial in this case is set to begin on February 14, 2022, in Statesboro, Georgia. The Court has concerns about providing the jury with a copy of Plaintiffs' Third Amended Complaint (Doc. 26, Attach. 1) which includes references to several parties which have been dismissed from this action. Plaintiffs are **DIRECTED** to file by **February 14, 2022,** a redacted version of the third amended complaint. The redacted third amended complaint should omit references to the dismissed parties' previous status as defendants in this action. Other than removing the afore mentioned references, Plaintiffs shall not

modify any factual or legal allegation contained in the third amended complaint.

SO ORDERED this 10th day of February 2022.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA