UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH GEORGIA

JEMME J. JENKINS, Individually, )
and JULIANNE GLISSON, )
Administrator of the Estate of )
Jimmie L. Jenkins, Sr., )
 )
    Plaintiffs, )
 )
v. )   CASE NO.  CV418-99
 )
CORIZON HEALTH INC., a Delaware )
Corporation; GUY AUGUSTIN, )
M.D.; VICTORIA NEILSER, LPN; )
and MARK DAMBACH, LPN; )
 )
    Defendants. )

### ORDER

The jury selected for the trial of this case set forth above was provided its regular meals from a place appropriate for the feeding of juries. The Clerk of the Southern District of Georgia is hereby ordered, pursuant to the provisions of 28 U.S.C. § 1871, to disburse to the establishment which provided the meal the sum so billed.

**SO ORDERED** this 22nd day of February 2022.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA