UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH GEORGIA

JEMME J. JENKINS, Individually, )
and JULIANNE GLISSON, )
Administrator of the Estate of )
Jimmie L. Jenkins, Sr., )
　　　　　　　　　　　　　　　　　 )
　　　Plaintiffs, )
　　　　　　　　　　　　　　　　　 )
v. )　　CASE NO.　CV418-99
　　　　　　　　　　　　　　　　　 )
CORIZON HEALTH INC., a Delaware )
Corporation; GUY AUGUSTIN, )
M.D.; VICTORIA NEILSER, LPN; )
and MARK DAMBACH, LPN; )
　　　　　　　　　　　　　　　　　 )
　　　Defendants. )

## ORDER

A jury trial in the above captioned case having been conducted the week of February 14, 2022 and there being certain items entered into evidence during the course of said trial,

**IT IS HEREBY ORDERED** that upon return of a jury verdict the foregoing evidence be returned to the parties for safekeeping and for production in the Court of Appeals, if necessary.

**SO ORDERED** this 22ND day of February 2022.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA