IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JEMME J. JENKINS, Individually, )
and JULIANNE GLISSON, )
Administrator of the Estate of )
Jimmie L. Alexander, Sr.; )
)
    Plaintiffs, )
)
v. ) CASE NO. CV418-099
)
CORIZON HEALTH INC., a Delaware )
Corporation; GUY AUGUSTIN, )
M.D.; Victoria Neilser, LPN; )
and MARK DAMBACH, LPN; )
)
    Defendants. )
)

## O R D E R

Before the Court is Defendant Corizon Health, Inc.'s Suggestion of Bankruptcy and Notice of Automatic Stay, filed on February 16, 2023, stating that Defendant Corizon Health, Inc. filed a voluntary petition for bankruptcy under Chapter 11 in the United States Bankruptcy Court for the Southern District of Texas, Houston Division. (Doc. 428.) Pursuant to 11 U.S.C. § 362, proceedings before this Court against Defendant Corizon Health, Inc., must be stayed until the Bankruptcy Court grants relief from the stay, closes the bankruptcy case, or dismisses the bankruptcy

petition. Accordingly, the Clerk of Court is **DIRECTED** to **STAY** this case. Should it be necessary, Plaintiffs may move to lift the stay.

SO ORDERED this 21ST day of February 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA